UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL GIDEON, | Civil No. 05-1388 (DSD/JGL) |
| Petitioner, | |
| v. | **ORDER** |
| CONSTANCE REESE, Warden, | |
| Respondent. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 is DISMISSED.

Dated: August 10, 2005

                s/David S. Doty
                DAVID S. DOTY
                Judge, U.S. District Court